```
                                              FILED
                                           June 11, 2013
                                        CLERK, US DISTRICT COURT
                                        EASTERN DISTRICT OF
                                             CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:13-MJ-00164-AC |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| GERALD KRONBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>GERALD KRONBERGER</u>, Case No. <u>2:13-MJ-00164-AC</u>, Charge <u>Title 18 USC §§ 2252 (a)(2), (a)(4)(B)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>25,000</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 11, 2013</u> at <u>2:34</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge