HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13-cr-226 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW SELF-SURRENDER |
| v. | |
| GERALD KRONBERGER, | Date: |
| Defendant. | Time:<br>Judge:   Honorable Dale A Drozd |

    The parties stipulate, through respective counsel, with the advice and consent of Pretrial Services, that the Court should modify the conditions of release to allow Mr. Kronberger to self-surrender.  Mr. Kronberger will self-surrender to the Bureau Of Prisons on January 7, 2015.

    The parties and Pretrial Services agree to the following modifications of pretrial release:

1. Pretrial Services shall terminate electronic monitoring on January 6, 2015;

2. the Court shall remove any travel restrictions for the sole purpose of allowing Mr. Kronberger to surrender;

/ / /

/ / /

/ / /

/ / /

3. the third-party custodian shall take Mr. Kronberger to the designated Bureau Of Prisons facility.

DATED: December 31, 2014          HEATHER E. WILLIAMS
                                  Federal Defender

                                  /s/ M.Petrik_____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender

DATED: December 31, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for_____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court orders the conditions of pretrial release modified as described in this stipulation to allow Mr. Kronberger to self-surrender on January 7, 2015.

Dated:  December 31, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1.crim
kronberger0226.stipo.modify.cor